NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RAYMOND E. MABUS, SECRETARY OF THE NAVY,**
*Appellant,*

v.

**ENVIRONMENTAL SAFETY CONSULTANTS, INC.,**
*Appellee.*

---

2012-1175

---

Appeal from the Armed Services Board of Contract Appeals in no. 51722, Administrative Judge Monroe E. Freeman, Jr.

---

**ON MOTION**

---

**ORDER**

The appellee moves for a 120-day extension of time and for leave to substitute Francis O. Kadiri as principal counsel.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted. Francis O. Kadiri should promptly file an entry of appearance.

FOR THE COURT

APR 2 5 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Peter C. Nwogu
David F. D'Alessandris, Esq.
Francis O. Kadiri, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

APR 2 5 2012

**JAN HORBALY**
**CLERK**